# United States Court of Appeals
## For the First Circuit

No. 09-2566

SAN GERÓNIMO CARIBE PROJECT, INC.,

Plaintiff, Appellant,

v.

HON. ANÍBAL ACEVEDO-VILÁ, in his individual and personal
capacity; HON. ROBERTO SÁNCHEZ-RAMOS, in his individual
and personal capacity; LUIS A. VÉLEZ-ROCHE, P.E., in his
individual and personal capacity; JOHN DOE; JANE DOE,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on July 24, 2012, is amended
as follows:

On page 5, lines 9-11, the sentence beginning with "The
defendant" is struck from the opinion.